1

2  Sean T. O'Rourke, Esq.; SBN 199420
   BORTON, PETRINI & CONRON, LLP
3  2014 Tulare Street, Suite 830
   Fresno, CA 93721
4  Telephone (559) 268-0117

5  Attorneys for Defendants, FREDERICK
   HAYWARD (erroneously sued as FREDRICK
6  HAYWARD) and ALBERTSONS
   INCORPORATED
7

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 | CHARLES ANTHONY GREENE,              | Case No. 1:06-CV-231 OWW TAG
   |                                       | Action Filed: 02/28/06
13 |         Plaintiff,                    |
   |                                       | JUDGMENT OF DISMISSAL
14 | v.                                    | WITH PREJUDICE (FED .R. CIV. P. 58)
   |                                       |
15 | FREDRICK HAYWARD, ALBERTSON           | DATE: 5/15/06
   | INCORPORATED Store No. 6323, A        | TIME: 10:00 a.m.
16 | DIVISION OF ALBERTSON, INC. ET AL.    | COURTROOM: 3
   | ,                                     |
17 |         Defendants.                   |

18

19

20         Pursuant to the May 17, 2006 Order Granting Defendants' Motion to Dismiss

21 (Fed. R. Civ. P. 12(b)(6)), The Court hereby orders Judgment of Dismissal with Prejudice

22 of the lawsuit of Plaintiff CHARLES ANTHONY GREENE pursuant to Fed. R. Civ. P. 58.

23         Defendant may recover costs pursuant to Fed. R. Civ. P. 54.

24         It Is So Ordered.

25 Date: May 31, 2006                           /s/ OLIVER W. WANGER
                                                _____
26                                              OLIVER W. WANGER,
                                                UNITED STATES DISTRICT JUDGE
27

28

G:\DOCS\GLUCAS\ORDERS TO BE SIGNED\06CV231.JGM.DOC

JUDGMENT OF DISMISSAL
WITH PREJUDICE (FED.R.CIV.P. 58)                                    1                    Case No. 1:06-CV-231 OWW TAG

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)**

STATE OF CALIFORNIA, COUNTY OF FRESNO

    I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

    On **May ____, 2006**, I served the foregoing document described as **JUDGMENT OF DISMISSAL WITH PREJUDICE (FED .R. CIV. P. 58)** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Charles Anthony Greene
Plaintiff Pro Se Litigant
P.O. Box 3170
Bakersfield, CA 93305

**BY ELECTRONIC MAIL:**

    As follows: I caused the above named document to be filed with the United States District Court, Eastern Division of California's Case Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail addresses.

    Executed on **May ____, 2006**, at **Fresno**, California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| **Veronica Cazares** | //S// |
|---|---|
| Type or Print Name | Signature |

PDF created with pdfFactory trial version www.pdffactory.com